No. 11–10086. MANN *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–10091. LUMPKINS *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–10094. LEMPAR *v.* NICHOLAS ET AL. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 11–10100. SHEHABELDIN *v.* WILSON J. ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–10101. BINFORD *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–10102. ATTERBERRY *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 11–10105. MCCARTNEY *v.* WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 11–10107. MARKOVANOVICH *v.* SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–10110. SANCHEZ *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 11–10111. FRAZIER *v.* THOMAS, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 11–10112. MURRAY *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–10113. MICOLO *v.* NEW YORK. Sup. Ct. N. Y., Suffolk County. Certiorari denied.

No. 11–10114. SHANNON *v.* CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir. Certiorari denied.